377 A.2d 163

Commonwealth v. Bartlett, Appellant.

Submitted November 8, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 163

Commonwealth v. Blackshear, Appellant.

Submitted September 13, 1976. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Stephen Levin, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.